B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Northern District of Illinois, Eastern Division | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Fresh N' Pure Distributors, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**36-3923661** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**435 E. North Ave.**<br>**Streamwood, IL**<br>ZIP Code **60107** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Chapter 11 Debtors**

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Fresh N' Pure Distributors, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:  - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:  - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____ Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11) Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Fresh N' Pure Distributors, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  **/s/ Joshua D. Greene**
Signature of Attorney for Debtor(s)

**Joshua D. Greene**
Printed Name of Attorney for Debtor(s)

**Springer, Brown, Covey, Gaertner & Davis, L.L.C.**
Firm Name

**400 S. County Farm Road**
**Suite 330**
**Wheaton, IL 60187**

Address

**630-510-0000  Fax: 630-510-0004**
Telephone Number

**November  8, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Joseph Purpura**
Signature of Authorized Individual

**Joseph Purpura**
Printed Name of Authorized Individual

**Vice President**
Title of Authorized Individual

**November  8, 2012**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re  **Fresh N' Pure Distributors, Inc.**                                 Case No.
                                         Debtor(s)                          Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Cbeyond<br>13474 Collections Center Drive<br>Chicago, IL 60693 | Cbeyond<br>13474 Collections Center Drive<br>Chicago, IL 60693 | Business Debt | Disputed | 514.10 |
| Cintas #22<br>1025 National Parkway<br>Schaumburg, IL 60173 | Cintas #22<br>1025 National Parkway<br>Schaumburg, IL 60173 | Business Debt | Disputed | 1,265.15 |
| Citrus Systems Madison LLC<br>2001 Butterfield Road<br>Suite 600<br>Downers Grove, IL 60515-1289 | Citrus Systems Madison LLC<br>2001 Butterfield Road<br>Suite 600<br>Downers Grove, IL 60515-1289 | Business Debt | Disputed | 6,865.92 |
| Corkill Insuranc Agency, Inc.<br>25 Northwest Pt. Blvd., Ste. 625<br>Elk Grove Village, IL 60007 | Corkill Insuranc Agency, Inc.<br>25 Northwest Pt. Blvd., Ste. 625<br>Elk Grove Village, IL 60007 | Business Debt | Disputed | 2,010.72 |
| Dean Foods of Wisconsin, LLC<br>2101 Delafield St.<br>Waukesha, WI 53188 | Dean Foods of Wisconsin, LLC<br>2101 Delafield St.<br>Waukesha, WI 53188 | Business Debt | Contingent<br>Unliquidated<br>Disputed<br>Subject to Setoff | 828,364.00 |
| Heritage FS, Inc. 37<br>P.O. Box 339<br>Gilman, IL 60938 | Heritage FS, Inc. 37<br>P.O. Box 339<br>Gilman, IL 60938 | Business Debt | Disputed | 7,626.03 |
| Hitachi Capital America Corp.<br>21925 Network Place<br>Chicago, IL 60673-1219 | Hitachi Capital America Corp.<br>21925 Network Place<br>Chicago, IL 60673-1219 | Business Debt | Disputed | 583.34 |
| ICW Group<br>11455 El Camino Real<br>San Diego, CA 92130-2045 | ICW Group<br>11455 El Camino Real<br>San Diego, CA 92130-2045 | Business Debt | Disputed | 7,527.99 |
| Illinois Department of Revenue<br>P.O. Box 19035<br>Springfield, IL 62794-9035 | Illinois Department of Revenue<br>P.O. Box 19035<br>Springfield, IL 62794-9035 | Business Debt | Disputed | 4,117.12 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Fresh N' Pure Distributors, Inc.**  Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Mussman's Back Acres, Inc.** 9998 N. 16000E Road Grant Park, IL 60940 | **Mussman's Back Acres, Inc.** 9998 N. 16000E Road Grant Park, IL 60940 | **Business Debt** | **Disputed** | 15,943.26 |
| **Osco Incorporated** 13161 W. 143rd St. #202 Homer Glen, IL 60491 | **Osco Incorporated** 13161 W. 143rd St. #202 Homer Glen, IL 60491 | **Business Debt** | **Disputed** | 28,000.00 |
| **Paccar Financial Corp.** P.O. Box 642945 Pittsburgh, PA 15264-2945 | **Paccar Financial Corp.** P.O. Box 642945 Pittsburgh, PA 15264-2945 | **Business Debt** | **Disputed** | 1,028.61 |
| **Prairie Farms** 2110 Ogilby Road Rockford, IL 61102 | **Prairie Farms** 2110 Ogilby Road Rockford, IL 61102 | **Business Debt** | | 429,689.37 |
| **Principal Life Group** P.O. Box 14513 Des Moines, IA 50306-3513 | **Principal Life Group** P.O. Box 14513 Des Moines, IA 50306-3513 | **Business Debt** | **Disputed** | 538.59 |
| **Sprint** P.O. Box 8077 London, KY 40742 | **Sprint** P.O. Box 8077 London, KY 40742 | **Business Debt** | **Disputed** | 576.99 |
| **St. Charles Bank & Trust Co.** Loan Department 411 W. Main Street Saint Charles, IL 60174 | **St. Charles Bank & Trust Co.** Loan Department 411 W. Main Street Saint Charles, IL 60174 | | **Disputed** | 176,169.56 (0.00 secured) |
| **Supreme, Ltd.** 435 East North Avenue Streamwood, IL 60107 | **Supreme, Ltd.** 435 East North Avenue Streamwood, IL 60107 | **Business Debt** | **Disputed** | 317,869.32 |
| **Tredroc Tire Services** P.O. Box 1248 Bedford Park, IL 60499 | **Tredroc Tire Services** P.O. Box 1248 Bedford Park, IL 60499 | **Business Debt** | **Disputed** | 630.46 |
| **Triple X Refridgeration & Trailer** 321 N.E. Industrial Drive Aurora, IL 60505 | **Triple X Refridgeration & Trailer** 321 N.E. Industrial Drive Aurora, IL 60505 | **Business Debt** | **Disputed** | 17,465.97 |
| **United Healthcare** Dept CH 10151 Palatine, IL 60055-0151 | **United Healthcare** Dept CH 10151 Palatine, IL 60055-0151 | **Business Debt** | **Disputed** | 8,230.20 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Fresh N' Pure Distributors, Inc.**                                    Case No.

                                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Vice President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **November  8, 2012**                      Signature   **/s/ Joseph Purpura**
                                                             **Joseph Purpura**
                                                             **Vice President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6D (Official Form 6D) (12/07)

In re **Fresh N' Pure Distributors, Inc.**, Case No. _____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx1156**<br><br>**St. Charles Bank & Trust Co.**<br>**Loan Department**<br>**411 W. Main Street**<br>**Saint Charles, IL 60174** | - | | **Blanket Lien on all Debtor Assets**<br><br><br>Value $           0.00 | | | X | 176,169.56 | 176,169.56 |
| Account No. | | | <br><br>Value $ | | | | | |
| Account No. | | | <br><br>Value $ | | | | | |
| Account No. | | | <br><br>Value $ | | | | | |
| **0** continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 176,169.56 | 176,169.56 |
| | | | Total<br>(Report on Summary of Schedules) | | | | 176,169.56 | 176,169.56 |

B6E (Official Form 6E) (4/10)

In re **Fresh N' Pure Distributors, Inc.**  ,  Case No. _____
                                   Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

    **_1_**___ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re **Fresh N' Pure Distributors, Inc.**, Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. xx-xxx3661<br><br>Department of the Treasury<br>Internal Revenue Service<br>Cincinnati, OH 45999-0038 | - | | Taxes | | | X | Unknown | | Unknown<br><br>0.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)   **0.00**   **0.00**   **0.00**

Total
(Report on Summary of Schedules)   **0.00**   **0.00**   **0.00**

In re **Fresh N' Pure Distributors, Inc.** , Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx xxx-xxxx 568 6** <br><br>**AT&T**<br>**P.O. Box 8100**<br>**Aurora, IL 60507-8100** | | - | 2012<br>**Business Debt** | | | X | 221.66 |
| Account No. **xx3523** <br><br>**Cbeyond**<br>**13474 Collections Center Drive**<br>**Chicago, IL 60693** | | - | 2012<br>**Business Debt** | | | X | 514.10 |
| Account No. **xxx-x8861** <br><br>**Cintas #22**<br>**1025 National Parkway**<br>**Schaumburg, IL 60173** | | - | 2012<br>**Business Debt** | | | X | 1,265.15 |
| Account No. **x0621** <br><br>**Citrus Systems Madison LLC**<br>**2001 Butterfield Road**<br>**Suite 600**<br>**Downers Grove, IL 60515-1289** | | - | 2012<br>**Business Debt** | | | X | 6,865.92 |
| __4__ continuation sheets attached | | | | | | Subtotal<br>(Total of this page) | 8,866.83 |

B6F (Official Form 6F) (12/07) - Cont.

In re **Fresh N' Pure Distributors, Inc.**, Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxESH-2** <br><br> **Corkill Insuranc Agency, Inc.** <br> **25 Northwest Pt. Blvd., Ste. 625** <br> **Elk Grove Village, IL 60007** | - | | 2012 <br> **Business Debt** | | | X | 2,010.72 |
| Account No. **xxx6360** <br><br> **Dean Foods of Wisconsin, LLC** <br> **2101 Delafield St.** <br> **Waukesha, WI 53188** | - | | **Business Debt** <br>   Subject to setoff. | X | X | X | 828,364.00 |
| Account No. <br><br> **EMD** <br> **P.O. Box 87407** <br> **Carol Stream, IL 60188-7407** | - | | 2012 <br> **Business Debt** | | | X | 100.90 |
| Account No. **xxx3300** <br><br> **Heritage FS, Inc. 37** <br> **P.O. Box 339** <br> **Gilman, IL 60938** | - | | 2012 <br> **Business Debt** | | | X | 7,626.03 |
| Account No. **x8873** <br><br> **Hitachi Capital America Corp.** <br> **21925 Network Place** <br> **Chicago, IL 60673-1219** | - | | 2012 <br> **Business Debt** | | | X | 583.34 |

Sheet no. __1__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **838,684.99**

B6F (Official Form 6F) (12/07) - Cont.

In re **Fresh N' Pure Distributors, Inc.**, Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx0163**<br><br>**ICW Group**<br>**11455 El Camino Real**<br>**San Diego, CA 92130-2045** | - | | 2012<br>**Business Debt** | | | X | 7,527.99 |
| Account No. **xx-xxx3661**<br><br>**Illinois Department of Revenue**<br>**P.O. Box 19035**<br>**Springfield, IL 62794-9035** | - | | 2009-2012<br>**Business Debt** | | | X | 4,117.12 |
| Account No. **FREPU**<br><br>**Mussman's Back Acres, Inc.**<br>**9998 N. 16000E Road**<br>**Grant Park, IL 60940** | - | | 2012<br>**Business Debt** | | | X | 15,943.26 |
| Account No. **3149**<br><br>**Osco Incorporated**<br>**13161 W. 143rd St. #202**<br>**Homer Glen, IL 60491** | - | | 2011-2012<br>**Business Debt** | | | X | 28,000.00 |
| Account No. **xxxx-5120**<br><br>**Paccar Financial Corp.**<br>**P.O. Box 642945**<br>**Pittsburgh, PA 15264-2945** | - | | 2012<br>**Business Debt** | | | X | 1,028.61 |

Sheet no. __2__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **56,616.98**

B6F (Official Form 6F) (12/07) - Cont.

In re **Fresh N' Pure Distributors, Inc.**, Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx3081** <br><br>**Pitney Bowes**<br>**P.O. Box 371887**<br>**Pittsburgh, PA 15250-7887** | - | | 2012<br>**Business Debt** | | | X | 171.00 |
| Account No.<br><br>**Prairie Farms**<br>**2110 Ogilby Road**<br>**Rockford, IL 61102** | - | | **Business Debt** | | | | 429,689.37 |
| Account No. **xxx723-1**<br><br>**Principal Life Group**<br>**P.O. Box 14513**<br>**Des Moines, IA 50306-3513** | - | | 2012<br>**Business Debt** | | | X | 538.59 |
| Account No. **xxxxx0517**<br><br>**Sprint**<br>**P.O. Box 8077**<br>**London, KY 40742** | - | | 2012<br>**Business Debt** | | | X | 576.99 |
| Account No.<br><br>**Supreme, Ltd.**<br>**435 East North Avenue**<br>**Streamwood, IL 60107** | - | | **Business Debt** | | | X | 317,869.32 |

Sheet no. __3__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    748,845.27

B6F (Official Form 6F) (12/07) - Cont.

In re **Fresh N' Pure Distributors, Inc.**, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x2002** <br> **Tredroc Tire Services** <br> **P.O. Box 1248** <br> **Bedford Park, IL 60499** | | - | 2012 <br> **Business Debt** | | | X | 630.46 |
| Account No. <br> **Triple X Refridgeration & Trailer** <br> **321 N.E. Industrial Drive** <br> **Aurora, IL 60505** | | - | 2012 <br> **Business Debt** | | | X | 17,465.97 |
| Account No. **xx0783** <br> **United Healthcare** <br> **Dept CH 10151** <br> **Palatine, IL 60055-0151** | | - | 2012 <br> **Business Debt** | | | X | 8,230.20 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **4** of **4** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **26,326.63**

Total (Report on Summary of Schedules)    **1,679,340.70**

```
AT&T
P.O. Box 8100
Aurora, IL 60507-8100


Cbeyond
13474 Collections Center Drive
Chicago, IL 60693


Cintas #22
1025 National Parkway
Schaumburg, IL 60173


Citrus Systems Madison LLC
2001 Butterfield Road
Suite 600
Downers Grove, IL 60515-1289


Corkill Insuranc Agency, Inc.
25 Northwest Pt. Blvd., Ste. 625
Elk Grove Village, IL 60007


Dean Foods of Wisconsin, LLC
2101 Delafield St.
Waukesha, WI 53188


Dean Foods of Wisconsin, LLC
2711 North Haskell Avenue
Suite 3400
Dallas, TX 75204


Department of the Treasury
Internal Revenue Service
Cincinnati, OH 45999-0038


EMD
P.O. Box 87407
Carol Stream, IL 60188-7407


Foley & Lardner
Attn: Roberta F. Howell
150 East Gilman St., PO Box 1497
Madison, WI 53701
```

Heritage FS, Inc. 37
P.O. Box 339
Gilman, IL 60938


Hitachi Capital America Corp.
21925 Network Place
Chicago, IL 60673-1219


ICW Group
11455 El Camino Real
San Diego, CA 92130-2045


Illinois Department of Revenue
P.O. Box 19035
Springfield, IL 62794-9035


Mussman's Back Acres, Inc.
9998 N. 16000E Road
Grant Park, IL 60940


Osco Incorporated
13161 W. 143rd St. #202
Homer Glen, IL 60491


Paccar Financial Corp.
P.O. Box 642945
Pittsburgh, PA 15264-2945


Pitney Bowes
P.O. Box 371887
Pittsburgh, PA 15250-7887


Prairie Farms
2110 Ogilby Road
Rockford, IL 61102


Principal Life Group
P.O. Box 14513
Des Moines, IA 50306-3513


Sprint
P.O. Box 8077
London, KY 40742

St. Charles Bank & Trust Co.
Loan Department
411 W. Main Street
Saint Charles, IL 60174


Supreme, Ltd.
435 East North Avenue
Streamwood, IL 60107


Tredroc Tire Services
P.O. Box 1248
Bedford Park, IL 60499


Triple X Refridgeration & Trailer
321 N.E. Industrial Drive
Aurora, IL 60505


United Healthcare
Dept CH 10151
Palatine, IL 60055-0151

# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

In re   **Fresh N' Pure Distributors, Inc.**                                    Case No.
                                    Debtor(s)                                   Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Fresh N' Pure Distributors, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November  8, 2012**                                  **/s/ Joshua D. Greene**
Date                                                   **Joshua D. Greene**
                                                       Signature of Attorney or Litigant
                                                       Counsel for   **Fresh N' Pure Distributors, Inc.**
                                                       **Springer, Brown, Covey, Gaertner & Davis, L.L.C.**
                                                       **400 S. County Farm Road**
                                                       **Suite 330**
                                                       **Wheaton, IL 60187**
                                                       **630-510-0000 Fax:630-510-0004**