# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | | |
|---|---|---|---|
| IN RE: | ) | Chapter: | 11 |
| | ) | | |
| Fresh N Pure Distributors, Inc., | ) | Case No.: | 12-44450 |
| | ) | | |
| | ) | Judge: | Hon. Pamela S. Hollis |
| Debtor. | ) | | |

## NOTICE OF MOTION

TO:   See attached Service List

Please take notice that on March 18, 2014 at 10:00 a.m., we shall appear before the Honorable Judge Pamela S. Hollis or any judge sitting instead, in Courtroom No. 644 in the United States Bankruptcy Court, for the Northern District of Illinois, Eastern Division, located at 2l9 South Dearborn, Chicago, Illinois, and present the attached Motion for Entry of Final Decree Closing Case, a copy of which is hereby served upon you.

/s/ Joshua D. Greene /s/
One of the Attorneys

Joshua D. Greene
Archer Bay, P.A.
1500 Eisenhower Lane
Suite 800
Lisle, Illinois 60532
(630) 434-2789

## CERTIFICATE OF SERVICE

I, the undersigned, an attorney, hereby state that pursuant to the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing NOTICE OF MOTION and MOTION to be served on all persons set forth on the attached Service List identified as Registrants through the Court's Electronic Notice for Registrants and, as to all other persons on the attached Service List by mailing a copy of same in an envelope properly addressed and with postage fully prepaid and by depositing same in the U.S. Mail, on March 6, 2014

/s/ Joshua D. Greene /s/

**Service List**

Patrick S Layng
Office of the U.S. Trustee
219 S Dearborn St , Room 873
Chicago, IL  60604
*(Via Electronic Service)*
USTPRegion11.ES.ECF@usdoj.gov

**Charles T Coleman**
Wright Lindsey & Jennings LLP
200 West Capitol Avenue
Suite 2300
Little Rock, AR 72201
ccoleman@wli.com

**Geoffrey S. Goodman**
Foley & Lardner LLP
321 N. Clark Street , Suite 2800
Chicago, IL 60654
ggoodman@foley.com

**Jonathan N Rogers**
Stitt, Klein, Daday, Aretos, et al
2550 W. Golf Rd.
Suite 250
Rolling Meadows, IL 60008
jrogers@skdaglaw.com

D. Patrick Mullarkey
Tax Division
PO Box 55, Ben Franklin Station
Washington, DE  20044

United States Attorney
219 S. Dearborn St.
Chicago, Ill. 60604

Associate Area Counsel, SB/SE
Internal Revenue Service
200 W. Adams St., Ste. 2300
Chicago, IL 60606

Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn Street
Chicago, IL 60604

Illinois Department of Revenue
Bankruptcy Section Level 7-425
100 W. Randolph Street
Chicago, IL 60602

Illinois Department of Revenue
PO Box 64338
Chicago, IL 60664-0338

Illinois Department of Revenue
100 W. Randolph, St. 7-499

Chicago, IL 60601

AT&T
P.O. Box 8100
Aurora, IL 60507-8100

Capital One Bank USA NA by
American Infosource LP as agent
PO Box 71083
Charlotte, NC 28272-1083

Carroll Law Offices, P.C.
Attn.: Mark J. Carroll, Esq.
510 S. Batavia Avenue, 3rd Floor
Batavia, IL 60510

Cbeyond
13474 Collections Center Drive
Chicago, IL 60693

Cintas #22
1025 National Parkway
Schaumburg, IL 60173

Citrus Systems Madison LLC
Janet Adamo - Citrus Systems Madison
2001 S. Butterfield Road Suite 600
Downers Grove, IL 60515-1289

Corkill Insuranc Agency, Inc.
25 Northwest Pt. Blvd., Ste. 625
Elk Grove Village, IL 60007

Dean Foods of Wisconsin, LLC
c/o Geoffrey S. Goodman
Foley & Lardner LLP
321 N. Clark St., Ste. 2800
Chicago, IL 60654

Dean Foods of Wisconsin, LLC
2101 Delafield St.
Waukesha, WI 53188

Dean Foods of Wisconsin, LLC
2711 North Haskell Avenue
Suite 3400
Dallas, TX 75204

Department of the Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Deutsch's Truck & Diesel Repair
625 W Roosevelt Road
West Chicago, IL 60185

EMD
P.O. Box 87407
Carol Stream, IL 60188-7407

F&J, LLC

Florida Fruit Juices Inc
7001 West 62nd Street
Chicago, IL 60638

Foley & Lardner
Attn: Roberta F. Howell
150 East Gilman St., PO Box 1497
Madison, WI 53701

Godfrey Kahn
780 North Water Street
Milwaukee, WI 53202

Heritage FS Inc
c/o Bradley J Waller
2045 Aberdeen Court
Sycamore, IL 60178

Heritage FS Inc 37
PO Box 339
Gilman, IL 60938

Hinshaw Culbertson
8142 Solutions Center Drive
Chicago, IL 60677-8001

Hitachi Capital America Corp.
21925 Network Place
Chicago, IL 60673-1219

ICW Group
11455 El Camino Real
San Diego, CA 92130-2045

ICW Group
11455 El Camino Real
San Diego, CA 92130-2045

Illinois Department of Employment Security
33 South State Street
Chicago, Illinois 60603

Attn: Bankruptcy Unit - 10th flr.
Illinois Department of Revenue
P.O. Box 19035
Springfield, IL 62794-9035

Muller-Pinehurst Dairy Inc & Prairie
Farms Fairy Inc c/o Charles T Coleman
Wright Lindsey & Jennings LLP
200 West Capitol Avenue Suite 2300
Little Rock, AR 72201

Mussman's Back Acres, Inc.
9998 N. 16000E Road
Grant Park, IL 60940

National Bank of the Great Lakes
c/o Blatt Hasenmiller FI
25 S Wacker Dr #400
Chicago, IL 60606

Novamex
500 West Overland Street
Suite 300
El Paso, TX 79901

Osco Incorporated
13161 W. 143rd St. #202
Homer Glen, IL 60491

PACCAR Financial Corp
PO Box 1518
Bellevue, WA 98009

Paccar Financial Corp.
P.O. Box 642945
Pittsburgh, PA 15264-2945

Pitney Bowes
P.O. Box 371887
Pittsburgh, PA 15250-7887

Prairie Farms
2110 Ogilby Road
Rockford, IL 61102

Principal Life Group
P.O. Box 14513
Des Moines, IA 50306-3513

Sprint
P.O. Box 8077
London, KY 40742

Sprint Nextel
Sprint Nextel - Correspondence
Attn Bankruptcy Dept
PO Box 7949
Overland Park KS 66207-0949

St. Charles Bank & Trust Co.
Loan Department
411 W. Main Street
Saint Charles, IL 60174

St. Charles Bank & Trust Co.
c/o Klein, Daday, Aretos & O'Donoghue, L
2550 W. Golf Rd., Suite 250
Rolling Meadows, IL 60008

Sundance Beverage Company
National Beverage Corp
8100 SW 10th St Suite 4000
Fort Lauderdale, Fl 33324

Sundance Beverage Company
6600 East Nine Mile Road
Warren, MI 48091

Supreme, Ltd.
1219 Dogwood Lane
Bartlett, IL 60103

Tredroc Tire Services
P.O. Box 1248
Bedford Park, IL 60499

Triple X Transport Refridgeration
Service Inc
321 N.E. Industrial Drive
Aurora, IL 60505

United Healthcare
Dept CH 10151
Palatine, IL 60055-0151

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | ) | Chapter: | 11 |
| | ) | | |
| Fresh N Pure Distributors, Inc., | ) | Case No.: | 12-44450 |
| | ) | | |
| | ) | Judge: | Hon. Pamela S. Hollis |
| Debtor. | ) | | |

**DEBTOR'S MOTION FOR ENTRY OF FINAL DECREE CLOSING CASE**

NOW COMES **Fresh N Pure Distributors, Inc.** ("Debtor"), debtor in possession, by and through counsel Joshua D. Greene and the law firm of Archer Bay, P.A., pursuant to 11 U.S.C. §350, Fed. R. Bankr. P. 3022 and Local Rule 3022-1, and requests that the court enter an order closing the Debtor's bankruptcy case. In support of its Motion, Debtor respectfully states as follows:

1.   This case was commenced on November 8, 2012 when the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. No trustee has been appointed.

2.   Debtor continues to manage its business and assets and to administer the affairs of its estate as debtor in possession in accordance with 11 U.S.C. §§ 1107 and 1108.

3.   The court has jurisdiction to hear this matter and enter a final order granting the relief requested herein pursuant to 28 U.S.C. 1334 and 157(b)(2) and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois.

4.   Debtor is a supplier of dairy products, having been in business since 1993. It was forced to file the present bankruptcy proceeding due to litigation with its former supplier.

5.   On January 28, 2014, this court entered an order confirming the Debtor's Second Amended Plan of Reorganization (the "Plan").

# **RELIEF REQUESTED**

6.  The Debtor requests the entry of a final decree closing the bankruptcy case. The Debtor has begun making distributions due under the Plan and there are no remaining disputed claims or matters to resolve.

7.  Copies of checks evidencing initial distributions made pursuant to the Plan are attached as *Group Exhibit A*. The status of payments due to each class under the Plan is as follows:

| **Class** | **Status** |
| --- | --- |
| Class 1 Claims | All distributions completed |
| Class 2 Claims | Initial distribution completed, with distributions continuing for five (5) years in accordance with the Plan. |
| Class 3 Claims | Initial distribution completed, with distributions continuing for five (5) years in accordance with the Plan |
| Class 4 Claims | Initial distribution completed, with distributions continuing for fifty (50) months in accordance with the Plan. |
| Class 5 Claims | Initial distribution completed, with distributions continuing for five (5) years in accordance with the Plan. |

8.  The Debtor has fulfilled most of its duties under the Plan. At the time of this Motion, the only remaining duties consist of making the remaining distributions in accordance with the Plan. No other matters await resolution by this Court. Accordingly, the Debtor submits that the entry of a final decree is warranted.

9.  Section 350(a) of the Bankruptcy Code provides that "after an estate is fully administered and the court has discharged the trustee, the court shall close the case." 11 U.S.C. 350(a). Likewise, Federal Rule of Bankruptcy Procedure 3022 provides that "after an estate is fully administered in a chapter 11 reorganization case, the court, on its own motion or on motion of a party in interest, shall enter a final decree closing the case." Fed. R. Bankr. P. 3022.  As all

matters involving the Debtor's case have been resolved and the only remaining tasks involve distributions to creditors, a final decree should be entered.

**WHEREFORE**, the Debtor requests that this Court enter a final decree and closing the Debtor's bankruptcy case; and granting such other and further relief as the court deems equitable and just.

> Respectfully submitted,
> Fresh N Pure Distributors, Inc.
>
> By: /s/ Joshua D. Greene /s/
>     One of his Attorneys

Michael J. Davis
Joshua D. Greene
Archer Bay, P.A.
1500 Eisenhower Lane
Suite 800
Lisle, Illinois 60532
(630) 434-2789