UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re:                                                    )          BK No.:   12-44450

Fresh N Pure Distributors, Inc.              )
                                                              )
                                                              )          Chapter:  11
                                                              )
                                                              )          Honorable Pamela S. Hollis
                                                              )
                                                              )
         Debtor(s) )

## ORDER ENTERING FINAL DECREE

     This cause coming to be heard on the Motion of Debtor in possession, Fresh N Pure Distributors, Inc. for entry of a final decree closing the above-referenced bankruptcy proceeding (the "Motion), due written notice of the Motion having been given to all parties entitled thereto, and the court being fully advised in the premises:

IT IS HEREBY ORDERED:

1. The Motion is Granted;
2. The bankruptcy case of Fresh N Pure Distributions, Inc., Case No. 12-44450 is closed.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated: March 25, 2014

**Prepared by:**

Joshua D. Greene
Archer Bay, P.A.
1500 Eisenhower Lane
Suite 800
Lisle, Illinois 60532
(630) 434-2789